Estate of Hafemann (Catherine) : La Bonde and others, Trustees, Appellants, vs. Weckesser, Administratrix w. w. a., Respondent.

*January 6—February 2, 1954.*

For the appellants there was a brief by *Alfred G. Boedecker* of Milwaukee, for the residuary legatees, and by *Erbstoeszer, Cleary & Decker* of Milwaukee, for the trustees, and oral argument by *Mr. Boedecker* and *Mr. Vernon Erbstoeszer.*

For the respondent there was a brief by *Norman J. Baker,* attorney, and *John J. Ermenc* of counsel, both of Milwaukee, and oral argument by *Mr. Baker.*

Steinle, J.   This cause embraced the claim of the trustees of the estate of Charles Hafemann for $1,748.64 against the estate of Catherine R. Hafemann. The trial court considered and determined this claim in the case of *Will of Hafemann,* ante, p. 641, 62 N. W. (2d) 561. Findings of fact and conclusions of law identical with those in said case were filed herein. The disposition of the claim of the trustees herein against the estate of Catherine R. Hafemann is covered in the opinion in the case of *Will of Hafemann, supra.*

*By the Court.*—Order affirmed.

CURRIE, J. (*dissenting*). For the reasons stated in the dissent entered, *Will of Hafemann,* ante, p. 641, 62 N. W. (2d) 561, I would reverse the judgment below and allow the claim of the trustees of the trust created by the last will and testament of Charles Hafemann, deceased, in the amount filed for the difference between the $3,500 advanced by them to the widow and the $1,751.36 due the widow's estate as income of the trust accrued from July 1, 1951, to October 5, 1951, or $1,748.64.